UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ANDRES MOLINA-MOLINA,<br><br>                            Petitioner,<br><br>              -v.-<br><br>J.L. JAMISON, WARDEN,<br><br>                            Respondent. | 23 Civ. 7523 (KPF)<br><br>**ORDER TO ANSWER,<br>28 U.S.C. § 2241** |

KATHERINE POLK FAILLA, District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within sixty (60) days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within thirty (30) days from the date Petitioner is served with Respondent's answer.

The Clerk of Court shall mail a copy of this Order to Petitioner at his address of record.

SO ORDERED.

Dated:   September 20, 2023
         New York, New York

*Katherine Polk Failla*
———————————————
KATHERINE POLK FAILLA
United States District Judge